IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANGELA TIERNEY,<br><br>    Defendant. | 4:15CR3020<br><br>WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

  1.  The defendant is presently incarcerated in the Lancaster County Jail, Lincoln, Nebraska, in the custody of the Warden of said facility.

  2.  It is necessary that said defendant be before United States Magistrate Judge Cheryl R. Zwart for a hearing beginning on or after March 25, 2015, at 2:30 p.m.

  WHEREFORE, the petitioner prays that the Clerk of this Court be ordered to issue a Writ of Habeas Corpus Ad Prosequendum to the Warden of the Lancaster County Jail, the Lincoln Police Department and the United States Marshals Service for the appearance of said defendant as requested above and for such other proceedings as the Court may direct.

            UNITED STATES OF AMERICA,
            Petitioner

            DEBORAH R. GILG
            United States Attorney
            District of Nebraska

    By:  s/ Bruce W. Gillan
        BRUCE W. GILLAN, #15396
        Assistant U.S. Attorney
        100 Centennial Mall North
        487 Federal Building
        Lincoln, NE 68508-3865
        Tel: (402) 437-5241
        E-mail: bruce.gillan@usdoj.gov

UNITED STATES OF AMERICA   )
                                                            ) ss
DISTRICT OF NEBRASKA   )

       Bruce W. Gillan, being first duly sworn on oath says that he is an Assistant United States Attorney for the District of Nebraska, that he has read the foregoing Motion, and that the facts set forth therein are true.

                                                               _____
                                                               BRUCE W. GILLAN, #15396
                                                               Assistant United States Attorney

Subscribed to and sworn to before me this 24th day of March, 2015.

GENERAL NOTARY - State of Nebraska
CHERYL R. DIETRICH
My Comm. Exp. April 20, 2017

                                         Cheryl R. Dietrich
                                         Notary Public