IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:15CR3020 |
| Plaintiff, | ) ) ) | **MOTION TO REVIEW DETENTION AND REQUEST FOR HEARING** |
| v. | ) ) | |
| ANGELA TIERNEY, | ) ) | |
| Defendant. | ) | |

Defendant Angela Tierney, by and through Assistant Federal Public Defender Jessica L. Milburn, and, pursuant to 18 U.S.C. § 3145(b), hereby moves this Court to review the detention order previously entered against the defendant in the above captioned matter. In support of said Motion, defendant shows to this Court as follows:

1. On March 30, 2015, this Court entered an Order detaining Ms. Tierney. At the time, Ms. Tierney was in Lancaster County custody and was serving a sentence for that county.

2. On July 23, 2015, Ms. Tierney was released from Lancaster County custody and is now in the custody of the United States Marshal.

3. On June 1, 2015, Ms. Tierney participated in a substance abuse evaluation which recommends that she participate in long term residential treatment. A copy of the evaluation was provided to USPTO Mindy Bare and to USPTO Theresa Rerucha on today's date. Ms. Tierney requests an Order from this Court allowing her to participate and successfully complete a long term residential treatment program at Williams Prepared Place in Omaha, Nebraska. A bed is available at this facility on **July 31, 2015**, at noon.

4.  Ms. Tierney agrees to abide by all usual terms and conditions of release including, but not limited to, reasonable searches and seizures, urine analysis, and refraining from violating any local, state, or federal law. Furthermore, Ms. Tierney's participation in long term residential treatment would provide conditions which would reasonably assure her future appearance in court and the safety interests of the community.

5.  Ms. Tierney requests a hearing on this Motion.

WHEREFORE, Ms. Tierney respectfully requests that this Court review its previous Order of detention entered in the above-captioned matter. Thereafter, Ms. Tierney requests an Order from this Court releasing her from custody as set-forth more fully above.

DATED this 29th day of July, 2015.

ANGELA TIERNEY, Defendant,

By: *s/ Jessica L. Milburn*
**JESSICA L. MILBURN**
**Assistant Federal Public Defender**
112 Federal Building
100 Centennial Mall North
Lincoln, NE 68508
402-221-7820

### CERTIFICATE OF SERVICE

Assistant Federal Public Defender Jessica L. Milburn hereby certifies that the foregoing document was filed with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to AUSA Bruce Gillan on this 29th day of July, 2015.

*s/ Jessica L. Milburn*